UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAY CLARENCE ROGERS,

        Plaintiff,

    v.

L. REICHARD, *et al.*,

        Defendants.

Case No. C23-1812-JCC-MLP

ORDER

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Ray Rogers is currently confined at the King County Jail ("the Jail") in Seattle, Washington. This matter comes before the Court on Plaintiff's "Motion for Extension of Time" ("Plaintiff's Motion"). (Dkt. # 7.) On January 4, 2024, this Court issued an Order directing Plaintiff to file an amended complaint within 30 days due to several deficiencies with his original complaint submission. (Dkt. # 6.) Plaintiff now seeks a 30-day extension of that deadline. (Dkt. 7.) Plaintiff submits that additional time is necessary for him to file an amended complaint because he is a pretrial detainee at the Jail, is without access to a law library, and because he must use a pencil to write his amended complaint due to the Jail's policies prohibiting ink pens. (*See id.* at 2-4.) Based on the reasons

ORDER - 1

identified by Plaintiff's Motion, and finding good cause, Plaintiff's requested extension is warranted.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff's Motion (dkt. # 7) is GRANTED. Plaintiff is directed to file his amended complaint on the forms provided by the Clerk not later than **March 8, 2024**. Plaintiff is again advised that if no amended complaint is timely filed by the date set forth in this Order, or if Plaintiff fails to correct the deficiencies previously identified, the Court will recommend that this action be dismissed.

(2) The Clerk is directed to note this matter on the Court's calendar for **March 8, 2024**, for review of Plaintiff's amended complaint. The Clerk is further directed to send copies of this Order to Plaintiff and to the Honorable John C. Coughenour.

Dated this 23rd day of January, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2